[No. 2943-3.   Division Three.   September 27, 1979.]

THE TOWN OF ELECTRIC CITY, *Respondent,* v. MARION
BRADY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant
County, No. 26430, James B. Mitchell, J., entered May 16,
1978. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Green, C.J., and Roe, J.

[No. 2972-3.   Division Three.   September 27, 1979.]

ROBERT BROWNSON, *Appellant,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 25700, Fred Van Sickle, J., entered June 22,
1978. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Munson and Roe, JJ.

[No. 3599-2.   Division Two.   October 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DWIGHT
SCHINKAL, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 5016, Jay W. Hamilton, J., entered
July 5, 1978. *Affirmed* by unpublished opinion per Pearson,
C.J., concurred in by Petrie and Soule, JJ.

[No. 2901-3.   Division Three.   October 2, 1979.]

CULLER, GALE, MARTEL & ERICSON, P.S., *Respondent,* v.
MILTON OLSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 243062, John J. Lally, J., entered
April 12, 1978. *Affirmed* by unpublished opinion per Green,
C.J., *concurred in by* Munson and McInturff, JJ.